## Case No. 328.

### AMES v. MANHATTAN LIFE INS. CO.

#### 1879.

[Cited in Smith v. Mutual Life Ins. Co. of New York, 5 Fed. 584. Nowhere reported; opinion not now accessible.]